# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCANLAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAN, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-00282-BAM<br><br>ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A REGULAR CIVIL ACTION AND ASSIGN A DISTRICT COURT JUDGE |

On February 10, 2015, Plaintiff Robert Scanlan ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. The action was administratively designated as one involving a prisoner litigating the conditions of his confinement and transferred to this court on February 23, 2015. The court has reviewed the complaint and determined that the action predominately does not involve Plaintiff's conditions confinement. Accordingly, the Clerk of the Court SHALL change the administrative designation of the present case to reflect that of a regular civil rights action and assign a district court judge to this action.

IT IS SO ORDERED.

Dated: __March 20, 2015__　　　　　　　　　/s/ _Barbara A. McAuliffe_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1