# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCANLAN,<br><br>             Plaintiff,<br><br>     v.<br><br>OFFICER TRAN *et al.*,<br><br>             Defendants. | **Old Case No. 15-cv-282  LJO BAM**<br><br>**New Case No. 15-cv-282  LJO JLT**<br><br><br>**ORDER TRANSFERRING CASE** |

Plaintiff filed a complaint with this Court on February 10, 2015 and was transferred to this Court on February 25, 2015. (Docs. 1, 4 and 6). A review of the complaint reveals that the events giving rise to this action occurred in Kern County. Accordingly, this Court finds that venue is proper in the United States District Court, Eastern District of California, Bakersfield, California. The Clerk of the Court is directed to transfer and reassign this action to the Honorable Jennifer L. Thurston. *See* 28 U.S.C. § 1391(b). The Honorable Lawrence J. O'Neill shall remain as the District Court Judge assigned to the case. The new case number is **15-cv-282 LJO JLT**. All future filings shall contain this new case number. Failure to do so may result in a delay in the processing of this case.

IT IS SO ORDERED.

   Dated:   **March 24, 2015**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

1