**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT SCANLAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER TRAN, et al.<br><br>　　　　Defendants. | Case No.: 1:15-cv-00282-LJO - JLT<br><br>ORDER DIRECTING CLERK TO ISSUE SUMMONS AND CASE DOCUMENTS<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE THE SERVICE DOCUMENTS |

Plaintiff Robert Scanlan is proceeding *pro se* and *in forma pauperis* with an action pursuant to 42 U.S.C. § 1983 for a violation of his civil rights. (Doc. 14) The Ninth Circuit determined Plaintiff may proceed with his claim for deliberate indifference against Officers Tran and Schulthiess. (Doc. 26) Accordingly, the Court **ORDERS**:

1. The Clerk of Court is DIRECTED to issue summons as to the defendants, Officers Tran and Shulthiess;

2. The Clerk of Court is DIRECTED to serve Plaintiff with a new USM-285 Form, instruction sheet, the summons, and copy of the First Amended Complaint;

3. Within thirty days from the date of this order, Plaintiff **SHALL** complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

　　a. A completed USM-285 for each defendant named; and

        b.    Four copies of the First Amended Complaint (Doc. 14).

4.    Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS SO ORDERED.

Dated:   **November 8, 2016**              **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE