# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCANLAN, | Case No.: 1:15-cv-00282-LJO - JLT |
| Plaintiff, | ORDER DISREGARDING MOTION FOR DEFAULT |
| v. | (Doc. 34) |
| OFFICER TRAN, et al. | |
| Defendants. | |

On November 8, 2016, the Court ordered the Clerk to issue summonses to the defendants and directed the plaintiff to submit service documents. (Doc. 27) The Court's order was returned as undeliverable and the plaintiff did not respond. Since this time, the plaintiff made no effort to update his address with the Court. Thus, on February 2, 2017, the Court recommended the matter be dismissed for the plaintiff's failure to notify it of his change of address. (Doc. 31) The Court provided Plaintiff an opportunity to object but he did not. Id. More than a month later, on March 9, 2017, the Court dismissed the action. (Doc. 32)

Consequently, plaintiff's current motion for default (Doc. 34) is **DISREGARDED** as **MOOT**. Moreover, **no further filings will be accepted into this closed case**.

IT IS SO ORDERED.

Dated:   **March 19, 2017**          /s/ Jennifer L. Thurston
                                     UNITED STATES MAGISTRATE JUDGE